# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAKHTAR YAHIA NAJI AL-WRAFIE (ISN 117), <br><br> Petitioner, <br><br> v. <br><br> BARACK OBAMA, President of the United States, *et al.*, <br><br> Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 04-1254 (RCL) |

## ORDER

Upon the Court's own motion, it is hereby

ORDERED that petitioner Makhtar Yahia Naji Al-Wrafie (ISN 117) is transferred by consent of the judges from Judge Kennedy to the undersigned member of this Court. It is further

ORDERED that the Clerk of Court shall create a new civil action comprised of the above captioned petitioner. It is further

ORDERED that any filing made by the petitioner listed above in *Abdah, et al. v. Obama, et al.*, Civ. No. 04-1254 (HKK) (D.D.C.) shall be deemed a part of the record in the new civil action to be created by the Clerk of Court, and that the Clerk of Court shall endeavor to copy such filings into the docket for the newly-created case as soon as practicable. It is further

ORDERED that upon creation of the new civil action described in the paragraphs above, the Clerk of Court shall terminate the petitioner listed above as a party in this case.

SO ORDERED.

12/14/09
DATE

ROYCE C. LAMBERTH, CHIEF JUDGE